IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01384-AP

ROBERT S. STOKES,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
THOMAS A. FELDMAN, ESQ.
1120 Lincoln Street, Suite 1607
Denver, CO 80203
(720) 917-1300
(303) 861-9214 (fax)

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
(303) 844-0770 (fax)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** July 17, 2006

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** July 20, 2006

    C.    **Date Answer and Administrative Record Were Filed:** September 18, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete, except that one piece of evidence not submitted to the Appeals Council will be addressed in Plaintiff's Opening Brief.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff has once piece of additional evidence to present to the Court. This is a medical opinion from a treating psychiatrist that was received after evidence was submitted to the Appeals Council. Plaintiff believes this evidence justifies a remand to the Agency pursuant to sentence six of 42 U.S.C. § 405(g). Plaintiff will address this new evidence in his Opening Brief.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties agree that the this case does not involve any unusually complicated or out-of-the ordinary claims.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** January 12, 2007

      B.      **Defendant's Response Brief Due:** February 16, 2007

      C.      **Plaintiff's Reply Brief (If Any) Due:** March 2, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:** Plaintiff requests oral argument. Evaluation of mental illness cases such as this one tends to be particularly fact-sensitive. Oral argument provides a useful opportunity to analyze those facts.

      B.      **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.      **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this <u>15th</u> day of <u>December</u>, 2006.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

                                                                  UNITED STATES ATTORNEY

s/ Thomas A. Feldman                            s/ Thomas H. Kraus
By: THOMAS A. FELDMAN                 By: THOMAS H. KRAUS
1120 Lincoln Street, Suite 1607            Special Assistant U.S. Attorney
Denver, CO  80203                            1961 Stout St., Suite 1001A
Telephone: (720)917-1300                   Denver, Colorado  80294
tfeldman@qwest.net                          Telephone:  (303) 844-0017
                                             tom.kraus@ssa.gov

Attorney for Plaintiff

                                             Attorney for Defendant(s)

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.