IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01384-MSK

ROBERT S. STOKES,

       Plaintiff,

v.

MICHAEL J. ASTURE, Commissioner of Social Security,

       Defendant.

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

**IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **June 26, 2007,** at **4:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

Dated this 22nd day of March, 2007

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge